# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Jameel Wright

vs.

Unknown Chicago police, et. al.

Case Number: **08 C 705**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jameel Wright

**JUDGE LINDBERG**
**MAGISTRATE JUDGE MASON**

| Field | Value |
|---|---|
| NAME (Type or print) | Mary DeSloover |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Mary DeSloover |
| FIRM | |
| STREET ADDRESS | 407 S. Dearborn, Suite 1675 |
| CITY/STATE/ZIP | Chicago, IL 60605 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 06224781 |
| TELEPHONE NUMBER | (312)697-0022 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

**FILED**
**JANUARY 31, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT