AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

-5 FEB 2008   11 06

RECORDS DIV. HEADQUARTERS

SUMMONS IN A CIVIL CASE  **08 C 705**

Jameel Wright

CASE NUMBER:

V.

ASSIGNED JUDGE:

Unknown Chicago police officers, et. al.

DESIGNATED
MAGISTRATE JUDGE:   **JUDGE LINDBERG**
**MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Jody P. Weis
Superintendent of Police
Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Peters
Kevin Peters
Mary DeSloover
407 S. Dearborn, Suite 1675
Chicago, IL 60605

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

*Yvette Montez* (signature)

(By) DEPUTY CLERK



**February 1, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | 2/5/2008 |
| NAME OF SERVER (PRINT) Mark J. I. Bruno | TITLE | Law Clerk |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: CPD Headquarters
Chicago, IL 3510 S Michigan Ave 60653

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/5/2008         Mark J. I. Bruno
              Date              Signature of Server

407 S. Dearborn St, Ste 675
Address of Server
Chicago, IL 60605

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.