# United States District Court
# Northern District of Illinois

*M/H/N*

In the Matter of

Wright

v.

City of Chicago

Case No. 08 C 705

Designated Magistrate Judge
Michael T. Mason

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **George W. Lindberg** to be related to **05 C 607** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Amy J. St. Eve

Dated: April 1, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Amy J. St. Eve**.

### ENTER

## FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

APR – 2 2008

Dated: _____