UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Jameel Wright
                         Plaintiff,

v.                                               Case No.: 1:08−cv−00705
                                                   Honorable Amy J. St. Eve

The City of Chicago, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:IT IS HEREBY ORDERED that all issues having been consolidated under 05 C 607, the above entitled action is hereby dismissed. All pleadings are to be filed in case 05 C 607. All pending counsel in the associated case 08 C 705 is to be linked to the lead case number 05 C 607. Any pending dates before Judge Lindberg are stricken. Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.